LINCOLN LAW, LLP
CARL R. GUSTAFSON, SBN 254881
1525 Contra Costa Blvd
Pleasant Hill, CA 94523
Telephone: (800) 722-6578
Facsimile: (800) 584-6926

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI OLIVEIRA,<br><br>          Plaintiff,<br><br>          vs.<br><br><br>EDISON, PARK and ASSOCIATES, LLC,<br><br>AND DOES 1-10,<br><br>          Defendants. | Case Number: C11-04901 JCS<br><br><br>**ORDER RE. REQUEST AND JOINT STIPULATION TO EXTEND TIME IN WHICH TO FILE RULE 26(F) REPORT, INITIAL DISCLOSURES AND JOINT CASE MANAGEMENT STATEMENT**<br><br><br>**Initial Case Management Conference**<br>**Date:** January 13, 2012<br>**Time:** 1:30PM<br>**Room:** G<br>**Floor:** 15th<br>**Location:** 450 Golden Gate Avenue<br>San Francisco, CA 94102 |

**ORDER**

The Rule 26(f) Report, Initial Disclosures and Joint Case Management Statement will be due

January 20, 2012, with the Initial Case Management Conference taking place on January 27,

2012.

1

PURSUANT TO STIPULATION, IT IS SO ORDERED,

January __9___, 2012          _____

                               Joseph C. Spero
                               ~~District Court Judge~~
                               Magistrate