MICHAEL I. GOODE, SBN 76568
Attorney at Law
15615 Alton Parkway, Suite 450
Irvine, CA 92615
(949)450-1770 (V)
(949)271-6314 (F)
Attorney for Defendant EDISON, PARK and ASSOCIATES, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI OLIVEIRA,<br><br>Plaintiff<br><br>vs.<br><br>EDISON, PARK and ASSOCIATES, LLC and DOES 1-10,<br><br>Defendants. | CASE NO: C:11-cv-04901-JCS<br><br>REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY<br><br>HEARING DATE: 1-27-12<br>TIME: 1:30 P.M.<br>MAGISTRATE JUDGE: JOSEPH SPERO |

I, Michael I. Goode, declare as follows:

1. I am the attorney or record for Defendants EDISON, PARK & ASSOCIATES, LLC.

2. My office is located at 15615 Alton Parkway, Suite 450, Irvine, California. My telephone number is (949)450-1770.

3. I am requesting that the Court allow me to appear telephonically on behalf of my clients EDISON, PARK & ASSOCIATES, LLC, at the Case Management Conference scheduled for Friday, January 27, 2012 at 1:30 p.m. in front of the Magistrate Judge Joseph C. Spero.

1

1  I declare under penalty of perjury under the laws for the State of California that
2  the forgoing is true and correct.
3  Executed on January 23, 2012 in the City of Irvine, California

MICHAEL I. GOODE, Declarant

Dated: Jan. 24, 2012



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

REQUEST TO APPEAR TELEPHONICALLY