1 | MICHAEL I. GOODE, SBN 76568
Attorney at Law
2 | 15615 Alton Parkway, Suite 450
Irvine, CA 92615
3 | (949)450-1770 (V)
(949)271-6314 (F)
4 | Attorney for Defendant EDISON, PARK and ASSOCIATES, LLC.

5

6

7

8 | UNITED STATES DISTRICT COURT

9

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | KRISTI OLIVEIRA,                              )   CASE NO:  C:11-cv-04901-JCS
                                                 )
12 |            Plaintiff                         )
                                                 )   REQUEST TO APPEAR AT CASE
13 |                                              )   MANAGEMENT CONFERENCE
VS.                                              )   TELEPHONICALLY
14 |                                              )
                                                 )
15 | EDISON, PARK and ASSOCIATES, LLC             )   HEARING DATE:        1-27-12
and  DOES 1-10,                                  )   TIME:                1:30 P.M.
16 |                                              )   MAGISTRATE JUDGE: JOSEPH SPERO
            Defendants.                           )
17 |                                              )

18

19

20 | I, Michael I. Goode, declare as follows:

21 |         1.       I am the attorney or record for Defendants EDISON, PARK &

ASSOCIATES, LLC.

22 |         2.       My office is located at 15615 Alton Parkway, Suite 450, Irvine, California.

23 | My telephone number is (949)450-1770.

24 |         3.       I am requesting that the Court allow me to appear telephonically on behalf

25 | of my clients EDISON, PARK & ASSOCIATES, LLC, at the Case Management

26 | Conference scheduled for Friday, January 27, 2012 at 1:30 p.m. in front of the

27 | Magistrate Judge Joseph C. Spero.

28

1

1     I declare under penalty of perjury under the laws for the State of California that

2  the forgoing is true and correct.

3     Executed on January 23, 2012 in the City of Irvine, California

4

5

                            MICHAEL I. GOODE, Declarant

6

7

8

9

10  Dated: Jan. 24, 2012



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO APPEAR TELEPHONICALLY