LINCOLN LAW, LLP
CARL R. GUSTAFSON, SBN 254881
1525 Contra Costa Blvd
Pleasant Hill, CA 94523
Telephone: (800) 722-6578
Facsimile: (800) 584-6926
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI OLIVEIRA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDISON, PARK and ASSOCIATES, LLC,<br><br>AND DOES 1-10,<br>    Defendants. | Case Number: C11-04901 JCS<br><br>ORDER ON JOINT STIPULATION CONTINUING STATUS CONFERENCE<br><br>Date: May 25, 2012<br>Time: 1:30 PM<br>Room: G<br>Floor: 15th<br>Location: 450 Golden Gate Avenue<br>San Francisco, CA 94102 |

  Pursuant to Joint Stipulation Continuing Status Conference, it is ordered that the Status Conference set for May 25, 2012, is hereby vacated, and is continued until August 31, 2012, at 1:30 p.m.

DATED: May __23__, 2012     NORTHERN DISTRICT OF CALIFORNIA

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE

*Judge Joseph C. Spero*