|   |   |
|---|---|
| 1 | LINCOLN LAW, LLP |
|   | CARL R. GUSTAFSON, SBN 254881 |
| 2 | 1525 Contra Costa Blvd |
|   | Pleasant Hill, CA 94523 |
| 3 | Telephone: (800) 722-6578 |
|   | Facsimile: (800) 584-6926 |
| 4 | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KRISTI OLIVEIRA, | Case Number: C11-04901 JCS |
|---|---|
| Plaintiff, |  |
|  | ORDER ON JOINT STIPULATION |
|  | CONTINUING STATUS CONFERENCE |
| vs. |  |
|  | Date: May 25, 2012 |
|  | Time: 1:30 PM |
| EDISON, PARK and ASSOCIATES, LLC, | Room: G |
|  | Floor: 15th |
| AND DOES 1-10, | Location: 450 Golden Gate Avenue |
| Defendants. | San Francisco, CA 94102 |

Pursuant to Joint Stipulation Continuing Status Conference, it is ordered that the Status Conference set for May 25, 2012, is hereby vacated, and is continued until August 31, 2012, at 1:30 p.m.

DATED: May __23__, 2012        NORTHERN DISTRICT OF CALIFORNIA

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE

Judge Joseph C. Spero