1  LINCOLN LAW, LLP
   CARL R. GUSTAFSON, SBN 254881
2  1525 Contra Costa Blvd
   Pleasant Hill, CA 94523
3  Telephone: (800) 722-6578
   Facsimile: (800) 584-6926
4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI OLIVEIRA, | Case Number: C11-04901 JCS |
| Plaintiff, | |
| | ORDER ON JOINT STIPULATION CONTINUING STATUS CONFERENCE |
| vs. | |
| | Date: August 31, 2012 |
| | Time: 1:30 PM |
| EDISON, PARK and ASSOCIATES, LLC, | Room: G |
| AND DOES 1-10, | Floor: 15th |
| Defendants. | Location: 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |

Pursuant to Joint Stipulation Continuing Status Conference, it is ordered that the Status Conference set for August 31, 2012, is hereby vacated, and is continued until October 12, 2012 at 1:30 p.m.

DATED: August __21__, 2012

NORTHERN DISTRICT OF CALIFORNIA

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE

*Judge Joseph C. Spero*